**E-FILING**

Joseph P. Russionello
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

**FILED**

2008 JUN 24 A 9: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,
v.
Trammel Walker
   Defendant.

) CRIMINAL NO. 08-70380 RS
)
) NOTICE OF PROCEEDINGS ON
) OUT-OF-DISTRICT CRIMINAL
) CHARGES PURSUANT TO RULES
) 5(c)(2) AND (3) OF THE FEDERAL RULES
) OF CRIMINAL PROCEDURE
)
)
)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 6/24/08, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____

pending in the Northern District of Ohio, Case Number 1:08CR193

In that case, the defendant is charged with a violation(s) of Title(s) 21 United States Code, Section(s) 841(a)(1), (b)(1)(B); 18 USC Sec 2.

Description of Charges: Intent to Distribute Cocaine

Respectfully Submitted,
Joseph P. Russionello
UNITED STATES ATTORNEY

Date: 6/24/08

Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | Case No. 1:08CR1931 |
| v. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). |
| TRAMMEL WALKER, aka T, ) | JUDGE ADAMS |
| Defendant. ) | |

The Grand Jury charges:

On or about February 23, 2006, in the Northern District of Ohio, Eastern Division, and elsewhere, TRAMMEL WALKER, aka T, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL.

Original Document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

**1:08CR193**

2

<u>U.S. v. Trammel Walker, aka T</u>

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM J. EDWARDS
Acting United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

TRAMMEL WALKER, aka T

**WARRANT FOR ARREST**

Case Number: **1:08CR193**

To: The United States Marshal
and any Authorized United States Officer

**JUDGE ADAMS**

YOU ARE HEREBY COMMANDED to arrest _____TRAMMEL WALKER, aka T_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

Possession with the intent to distribute and distribution of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title ____21____ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

Nancy A. Vecchiarelli
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_Signature of Issuing Officer_

04/23/08  Cleveland, Ohio
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |