**FILED**

JUN 26 2008

CLERK ... 
NORTHERN ... COURT
... CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TRAMMEL WALKER,<br><br>    Defendants. | Case No.: CR 08-mj-70380 RS<br><br>**ORDER STAYING RELEASE PURSUANT TO A FULLY EXECUTED AND SIGNED RELEASE ORDER ON JUNE 26, 2008** *p/t* |

    Pursuant to a "Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure," Magistrate Judge Patricia V. Trumbull set release conditions for defendant Trammel Walker who appeared in the San Jose Division of the Northern District of California. ("June 26, 2008 Conditions of Release Order"). The underlying case is an indictment arising out of the Eastern Division of the Northern District of Ohio. (1:08 CR 193).

    Plaintiff United States of America has moved to stay the June 26, 2008 Conditions of Release Order to allow for appeal of that order in the Eastern Division of the Northern District of Ohio.

ORDER, *page 1*

Accordingly, the release of defendant Trammel Walker is HEREBY STAYED in the Northern District of California until 3:00PM Eastern Daylight Time on June 27, 2008.

IT IS SO ORDERED.

Dated: 6/26/08

PATRICIA V. TRUMBULL
United States Magistrate Judge