# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

July 18, 2008

**Office of the Clerk-Northern District of Ohio**
**102 Howard M. Metzenbaum**
**201 Superior Avenue East**
**Cleveland, OH 44114-1201**

Case Name:         **USA-v- Trammel Walker**
Case Number:    **5-08-70380-RS (Your Case#1:08CR193)**
Charges:              **841(a)(1), (b)(1)(B); 18: 2**

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd  The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant
           to your district forthwith.
   ( )     The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:  *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office
-------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

                                                                                                       **By** _____
                                                                                                             **Deputy Clerk**