
**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 18, 2008

**FILED**
2008 AUG -5 P 3:19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Office of the Clerk-Northern District of Ohio
102 Howard M. Metzenbaum
201 Superior Avenue East
Cleveland, OH 44114-1201

| | |
|---|---|
| Case Name: | **USA-v- Trammel Walker** |
| Case Number: | **5-08-70380-RS (Your Case#1:08CR193)** |
| Charges: | **841(a)(1), (b)(1)(B); 18: 2** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd  The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

1:08CR 193

Date: July 30, 2008

CLERK, U.S. DISTRICT COURT

By _Barbara L Bin_
Deputy Clerk